# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUN 14 AM 7:57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-20210-Ma |
| vs. | ) | |
| | ) | |
| DARYL ROSS | ) | |

## APPLICATION, ORDER AND WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>DARYL ROSS, DOB: 10/03/1968; RNI: 10021</u>, now being detained in the Tennessee Department of Corrections, Henning, TN., for Initial Appearance before the Honorable Judge Tu M. Pham on Wednesday, June 22, 2005, @ 2:00 p.m. and for such other appearances as this Court may direct.

Respectfully submitted this <u>13th</u> day of June, 2005.

_____
E. GREG GILLULY, JR.
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN. AND WARDEN OF TENNESSEE DEPARTMENT OF CORRECTIONS, HENNING, TN.

YOUR ARE HEREBY COMMANDED to have <u>DARYL ROSS, DOB: 10/03/1968; RNI: 10021</u>, appear at the date and time aforementioned.

ENTERED this <u>13</u> day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20210 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT