FILED BY ____ D.C.

05 JUN 22 PM 3: 15

R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

-vs-                                         Case No. 2:05cr20210-Ma

**DARRYL ROSS**
**a/k/a DARYL ROSS**

---

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING[1] PURSUANT TO
## BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **FRIDAY, JUNE 24, 2005** at **3:45 P.M.** before United States Magistrate **Judge Tu M. Pham** in **Courtroom No. 6, Third Floor**, United States Courthouse and Federal Building, 167 North Main, Memphis, TN. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   June 22, 2005

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20210 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT