# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
) CASE NO. 05-20210-Ma
v. )
)
DARRYL ROSS )

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

Special Assistant United States Attorney E. Greg Gilluly, Jr. applies to the Court for a Writ to have **REGINALD JOHNSON, DOB: 11/23/1957, SSN: 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, BOOKING # 05307107**, now being detained in the Shelby County Correction Center appear at the United States Attorney's Office for trial during the November trial rotation calendar, November 7-18, 2005 and such other appearances as this Court may direct.

Respectfully submitted on 2nd day of November 2005.

_____
E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, Shelby County Correction Center:

YOU ARE HEREBY COMMANDED to have **REGINALD JOHNSON, DOB: 11/23/1957, SSN: 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, BOOKING # 05307107**, appear at the United States District Court on the date and time aforementioned.

ENTERED this 2nd day of November, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20210 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT