IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Cr. No. 05-20210-Ma |
| DARRYL ROSS, ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on November 7, 2005, the United States Attorney for this district representing the government, and defendant, Darryl Ross, appearing in person and with appointed counsel, Ms. April Goode.

Jurors were selected and sworn and opening statements were presented by counsel. After hearing all proof presented, closing arguments of counsel and jury charge, the jury began deliberations on November 8, 2005. After due deliberation, the jury returned into open court on November 8, 2005 and announced a verdict of **GUILTY** as to Count 1 of the Indictment.

Sentencing in this matter is set for **Friday, February 10, 2006 at 2:30 p.m.** The defendant is remanded to the custody of the United States Marshal.

ENTERED this 10th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-15-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20210 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT